No. 107. WALTHAM WATCH CO. ET AL. *v.* FEDERAL TRADE COMMISSION, *ante,* p. 813;

No. 174. GOSSER *v.* UNITED STATES, *ante,* p. 819;

No. 296. BANKERS BOND CO., INC., ET AL. *v.* ALL STATES INVESTORS, INC., ET AL., *ante,* p. 830;

No. 308. MADDOX *v.* WILLIS ET AL., *ante,* p. 18;

No. 41, Misc. REED *v.* UNITED STATES, *ante,* p. 849;

No. 42, Misc. SAMURINE *v.* UNITED STATES, *ante,* p. 849;

No. 101, Misc. DUVAL *v.* UNITED STATES, *ante,* p. 854;

No. 109, Misc. McMULLEN *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION AND WELFARE, *ante,* p. 854;

No. 133, Misc. SPIESEL *v.* CITY OF NEW YORK, *ante,* p. 856;

No. 166, Misc. VESAY *v.* UNITED STATES, *ante,* p. 859;

No. 170, Misc. MIGUEL *v.* UNITED STATES, *ante,* p. 859;

No. 179, Misc. HENDERSON *v.* MAXWELL, WARDEN, *ante,* p. 804;

No. 227, Misc. LEVY *v.* UNITED STATES, *ante,* p. 862;

No. 314, Misc. ANDERSON ET AL. *v.* UNITED STATES, *ante,* p. 880;

No. 342, Misc. HOURIHAN *v.* MAHONEY, *ante,* p. 17;

No. 426, Misc. WARRINER *v.* FINK ET AL., *ante,* p. 871;

No. 431, Misc. KELLY *v.* KANSAS, *ante,* p. 881; and

No. 436, Misc. LONG *v.* PATE, WARDEN, *ante,* p. 881. Petitions for rehearing denied.

No. 22, Misc. DAVIS *v.* BETO, CORRECTIONS DIRECTOR, *ante,* p. 804. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.